RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
rebecca_levy@fd.org

Attorney for Salvador Lopez

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00279-RFB-BNW |
| Plaintiff, | **UNOPPOSED MOTION FOR RETURN OF PASSPORT** |
| v. | |
| SALVADOR LOPEZ, | |
| Defendant. | |

Defendant SALVADOR LOPEZ, through counsel Assistant Federal Public Defender REBECCA LEVY, moves this court to release Mr. Lopez's passport for the reasons stated below.

On February 3, 2020, Mr. Lopez made an initial appearance in the District of Nevada in Las Vegas and was released. As a condition of release, Mr. Lopez had to give his passport to Pre-Trial Services in Las Vegas, Nevada. ECF No.11. Officer Samira Barlow currently has Mr. Lopez's passport. On November 18, 2022, the Court sentenced Mr. Lopez to time served with supervised release to follow. Mr. Lopez is no longer being supervised by Pretrial Services. Mr. Lopez needs his passport back as his driver's license is expired and he needs to travel back to Texas to move his belongings back to Las Vegas, NV.

Mr. Lopez requests this Court direct Pretrial Services to release and return his passport to the defendant.

Pretrial services does not object. The government does not object.

DATED: November 21, 2022.

> Respectfully submitted,
>
> RENE L. VALLADARES
> Federal Public Defender
>
> By: */s/Rebecca A Levy*
> REBECCA A. LEVY
> Assistant Federal Public Defender
> Attorney for Salvador Lopez

**ORDER**

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

DATE: November 22, 2022.